Submitted on record and briefs July 31, affirmed December 26, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

GEORGE J. STAVRAKIS,
*Defendant-Appellant.*

Multnomah County Circuit Court
040646783; A126951

174 P3d 1115

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Stephanie Hortsch, Deputy Public Defender, Office of Public Defense Services, filed the opening brief for appellant. On the reply brief were Peter Gartlan, Chief Defender, Legal Services Division, and Stephanie Hortsch, Deputy Public Defender.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Deits, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Rodriguez,* 217 Or App 24, 175 P3d 471 (2007).